**APPENDIX F**

# DISCOVERY PLAN WORKSHEET
**Tier I Pre-Settlement Discovery**

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: | 5/28/2019 |
| Completion date for Phase I Discovery as agreed upon by the parties: *(Reciprocal and agreed upon document production, generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference)* | 6/12/2019 |
| Status conference TBD by the court: (*Generally 15 days post Tier I Discovery*) | 6/27/2019 |

**Tier II Discovery and Motion Practice**

| | |
|---|---|
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post status conference)* | 7/12/2019 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending )* | 7/28/2019 |
| All fact discovery completed by: *(Presumptively 3.5 months post first requests for documents/interrogatories )* | 11/12/2019 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | 12/12/2019 |
| Expert depositions completed by: *(Presumptively 30 days post expert reports)* | 1/3/2020 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions)* | 2/12/2020 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Note: Presumptively 9 months after Initial Conference.)* | _____ |
| Submission of joint pre-trial order: | _____ |
| Final Pre-Trial Conference TBD by the court: | _____ |