| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: ANNE Y. SHIELDS  
      U.S. MAGISTRATE JUDGE

DATE: 11/21/19  
TIME: 2:00 PM  
FTR: 2:19-2:22  
     3:43-3:45

CASE: **CV 19-235 (RRM) (AYS)** Hardy v. County of Nassau, et al

TYPE OF CONFERENCE: SETTLEMENT

APPEARANCES:    Plaintiff    Colin Reeves

                      Defendant    Pablo Fernandez

**THE FOLLOWING RULINGS WERE MADE:**
- ☐ Scheduling Order entered.
- ☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
- ☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.
- ☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
- ☒ Other:

**Rulings by the Court:**

    Case settled. Payment to be made within 60 days of executed settlement agreement. Counsel are directed to file a stipulation of discontinuance for the District Court's review once payment is made.

                                              SO ORDERED

                                              /s/ Anne Y. Shields  
                                              ANNE Y. SHIELDS  
                                              United States Magistrate Judge