UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

WAYNE HARDY,

                                                  Plaintiff,

-against-

COUNTY OF NASSAU, a municipal entity; Nassau County Police Officer ROBERT GALGANO, in his individual capacity; and Nassau County Police Officer DANIEL CONCANNON, in his individual capacity,

                                                 Defendants.
------------------------------------------------------------------- X

19-CV-235 (RRM)(AYS)

**STIPULATION AND ORDER OF DISMISSAL**

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsels for the respective parties, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action:

      1. Is hereby dismissed **WITH PREJUDICE**, and without costs or attorney fees to either party as against the other;

      2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Settlement Agreement and Complete Release executed by the parties in this matter.

*Hardy v. County of Nassau, et al.*
19-cv-235 (RRM)(AYS)

Dated: February 10, 2020
      New York, New York

BERNSTEIN CLARKE & MOSKOVITZ, PLLC

By: _____
Colin Reeves, Esq.

    11 Park Place | Suite 914
    New York, New York 10007
    212-321-0087
    *Attorneys for Plaintiff*


Dated: February 10, 2020
      Mineola, New York

JARED A. KASSCHAU
Nassau County Attorney

By: _____
Pablo A. Fernandez
Deputy County Attorney
One West Street
Mineola, New York 11501
pfernandez@nassaucountyny.gov
(516) 571-5775


SO ORDERED:

_____
HON. ROSLYNN R. MAUSKOPF

2